■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIRK VALENTINE, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 24, 1980, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Carro, J. P., Asch, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DIAZ, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on June 11, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Bloom, Milonas and Kassal, JJ.

■ TONY STEPHANO v NEWS GROUP PUBLICATIONS, INC. — Motion denied, insofar as it seeks reargument, and granted, insofar as it seeks leave to appeal to Court of Appeals, and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Murphy, P. J., Asch, Fein, Milonas and Kassal, JJ.

■ In the Matter of THOMAS A. BRUNO, JR., an Attorney. — Application granted only to extent of referring matter to Departmental Disciplinary Committee for First Judicial Department for report and recommendation, as indicated in the order of this court. Concur — Kupferman, J. P., Ross, Carro, Bloom and Fein, JJ.

■ In the Matter of THOMAS J. MAZZA. — Motion granted only to extent of referring matter to Committee on Character and Fitness in First Judicial Department for a report as to whether respondent now possesses the character and general fitness to practice law and, pending said report, holding determination of motion for reinstatement in abeyance. Concur — Sandler, J. P., Asch, Silverman, Fein and Alexander, JJ.